COUNTY OF BERGEN v. GEORGE G. LEVITIN.

November 16, 1976. Petition for certification denied.

WILDLIFE PRESERVES, INCORPORATED v.
TOWNSHIP OF PARSIPPANY-TROY HILLS.

November 16, 1976. Petition for certification denied.

GREGORY S. CLUETT v. ALICE K. CLUETT.

November 16, 1976. Petition for certification denied.

MARION DI BELLA v. ALBERT J. DI BELLA.

November 16, 1976. Petition for certification denied.

YUN NAM HOOD v.
JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY.

November 16, 1976. Petition for certification denied.

IRWIN WYNN PHILLIPS v. FRANCES JOY PHILLIPS.

November 16, 1976. Petition for certification denied.